**Order entered December 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01427-CV

### BASIL BROWN, Appellant

### V.

### ROBERT HAWKINS, Appellee

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 16C-0127**

## ORDER

The Court has been notified that appellant has been deemed a vexatious litigant, and we do not have an order from the local administrative judge allowing the appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.102 (West Supp. 2016). Accordingly, pursuant to section 11.1035 of the Texas Civil Practice and Remedies Code, this appeal is **STAYED** and will be dismissed unless, no later than December 27, 2016, appellant obtains an order from the appropriate local administrative judge permitting the filing of this appeal and files the order with this Court. *See id.* 11.035(b).

/s/    CRAIG STODDART
        JUSTICE